IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR0351 AGF |
| LODGY JACKSON, | ) | |
| Defendant. | ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Comes now Scott J. Krischke, Assistant Federal Public Defender, and prays that this Court grant counsel and the Office of the Federal Public Defender leave to withdraw as counsel for Lodgy Jackson as counsel has a conflict of interest. Counsel requests that a Criminal Justice Act attorney who has completed the recent training provided by the Federal Defender Office be appointed to represent Mr. Jackson. A list of those attorneys is attached hereto.

Respectfully submitted,

/s/Scott J. Krischke
SCOTT J. KRISCHKE, 6323254IL
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Scott_Krischke@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on 03/30/2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon     , Assistant United States Attorney.

/s/Scott J. Krischke
SCOTT J. KRISCHKE
Assistant Federal Public Defender